# United States District Court
# Western District of North Carolina
# Asheville Division

| Roger S. Ray, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff, | ) | 1:16-cv-00116-DSC |
| vs. | ) | |
| Carolyn W. Colvin, | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 28, 2016 Order.

November 28, 2016

_____
Frank G. Johns, Clerk
United States District Court