IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:16-cv-116-DSC

| | |
|---|---|
| ROGER RAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner of Social )<br>Security, )<br>)<br>Defendant. ) | **CONSENT ORDER** |

  This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,000.00 for attorney fees in full and final settlement of all claims for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

  It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $4,000.00, sent to Plaintiff's counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

**SO ORDERED**.
Signed: December 18, 2016

_____
David S. Cayer
United States Magistrate Judge

CONSENTED TO:

/s/ CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC  27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com

/s/ MARY ELLEN RUSSELL
Attorney for the Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Social Security Boulevard
Altmeyer Building, Room 617
Baltimore, MD 21235-6401
(410) 966-6388
Email Mary.Ellen.Russell@ssa.gov
Maryland Bar