IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:16-cv-116-DSC

| | |
|---|---|
| ROGER RAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| NANCY BERRYHILL, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** being submitted to the Court for an order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $7,338.25 in attorney fees, representing less than twenty-five per cent of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be reimbursed the EAJA fee of $4,000.00 by Plaintiff's counsel. The Defendant has filed a Response indicating that she does not oppose the Motion.

It is therefore **ORDERED** that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $7,338.25 from Plaintiff's back benefits and Plaintiff's counsel pay to Plaintiff $4,000.00 and upon the payment of such sums this case is dismissed with prejudice.

**SO ORDERED**.

Signed: July 12, 2018

David S. Cayer
United States Magistrate Judge